

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOHN D. JUSTICE, 87B0385,

        Plaintiff,

-v-

            DECISION AND ORDER
            08-CV-6417CJS(P)

TERRY KING, et al.,

        Defendants.

_____

      Plaintiff, a prisoner proceeding *in forma pauperis*, has pending a *pro se* complaint filed under 42 U.S.C. § 1983. The Court, having determined that assignment of counsel continues to be warranted in this case, assigns Michael Orman, Esq. of Nixon Peabody, 1100 Clinton Square, Rochester, New York 14604, *pro bono*, to faithfully and diligently represent plaintiff in this case.

      The Clerk of the Court is directed to copy that portion of the file in this matter that is not currently available through PACER on the Court's Case Management/Electronic Case Management System and send it to Michael Orman, together with a copy of this Order and the Guidelines Governing Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel.[1] The Chief Judge of the Court will also issue an Order directing PACER to waive its fees so pro bono counsel can access and print at no cost to them or their firm any other documents filed herein that they may need.

---

[1] This information and the forms are also available on the Court's web site at the Attorney Information link from the home page located at: http://www.nywd.uscourts.gov/document/fundreimbvoweb.pdf.

Plaintiff's attorney is directed to contact the Court by **October 3, 2011** to request a date for a status conference to discuss further proceedings in the case.

SO ORDERED.

Dated:  SEPT. 5        , 2011
Rochester, New York

*Charles Siragusa*
CHARLES J. SIRAGUSA
United States District Judge